Robert C. Holtzapple (State Bar No. 145954)
rholtzapple@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
Pahlmeyer, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAHLMEYER, LLC,<br><br>                    Plaintiff,<br><br>          vs.<br><br>DOGFISH HEAD MARKETING, LLC,<br><br>                    Defendant. | Case No.<br><br>**COMPLAINT FOR DECLARATORY RELIEF**<br><br>**JURY TRIAL DEMANDED** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

COMPLAINT FOR DECLARATORY RELIEF
JURY TRIAL DEMANDED / Case No.

21313\5170176.1

1    Plaintiff PAHLMEYER, LLC ("Pahlmeyer"), for its Complaint against Defendant

2    DOGFISH HEAD MARKETING, LLC ("Dogfish"), alleges as follows:

3                                    **NATURE OF ACTION**

4    1.    This is an action for declaratory relief under authority of 28 U.S.C. §2201.

5    Plaintiff Pahlmeyer seeks a declaration that Plaintiff's use of the mark RAISON D'ETRE in

6    connection with wine does not violate the rights, if any, of Defendant in the mark RAISON

7    D'ETRE used in connection with beer.

8                                        **PARTIES**

9    2.    Plaintiff Pahlmeyer is a limited liability company organized and existing under the

10   laws of the State of California, with its principal place of business in St. Helena, California.

11   3.    On information and belief, Defendant Dogfish is a limited liability company

12   organized and existing under the laws of the State of Delaware, with its principal place of

13   business in Milton, Delaware.  On information and belief, Defendant Dogfish is in the business of

14   making, distributing and selling beer.

15                              **JURISDICTION AND VENUE**

16   4.    This Court has federal question jurisdiction over the subject of this action pursuant

17   to 15 U.S.C. §1121(a) and 28 U.S.C. §§1331, 1338, involving allegations of violations of the

18   Lanham Act, and jurisdiction over actions for declaratory judgment under 28 U.S.C. §2201,

19   *et. seq.*, and jurisdiction over any State law claims under 28 U.S.C. § 1367.  Acts giving rise to

20   the claims asserted herein have been expressly aimed at, have occurred in, and will continue to

21   occur in California and this District.

22   5.    This Court has personal jurisdiction over Dogfish, because Dogfish has

23   purposefully availed itself of the benefits of this forum by, among other things, directing its beer

24   products to be sold and consumed in California in the ordinary course of trade, or has otherwise

25   made or established contacts within this state sufficient to permit the exercise of personal

26   jurisdiction.

27   6.    Venue properly lies within this District pursuant to 28 U.S.C. §1391(b) and (c) and

28   in this Court because Plaintiff's principal place of business is located in Napa County.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

COMPLAINT FOR DECLARATORY RELIEF
JURY TRIAL DEMANDED / Case No.                    - 2 -                              21313\5170176.1

1

### INTRADISTRICT ASSIGNMENT

2       7.      This action is an intellectual property action within the meaning of Local Rule 3-

3   2(c) and therefore is not subject to intradistrict venue provisions.

4

### FACTS

5       8.      Pahlmeyer owns and operates a winery in Napa County, California.

6       9.      Pahlmeyer filed U.S. Trademark Application No. 86,460,035 for the mark

7   RAISON D'ETRE on November 20, 2014.  After examination, the trademark examining attorney

8   at the U.S. Patent and Trademark Office ("USPTO") found no conflicting marks that would bar

9   registration.  Pahlmeyer's RAISON D'ETRE mark published for review in the Trademark

10  Official Gazette on February 24, 2015.

11      10.     No opposition to Pahlmeyer's RAISON D'ETRE mark was filed by anyone,

12  including without limitation Dogfish.  On April 21, 2015 a Notice of Allowance for Pahlmeyer's

13  RAISON D'ETRE mark issued.

14      11.     On or about July 24, 2015, Defendant Dogfish sent an email to Pahlmeyer

15  asserting that Pahlmeyer's use of the mark RAISON D'ETRE on wine would somehow infringe

16  Dogfish's use of its RAISON D'ETRE mark on beer.  In that email, Dogfish demanded that

17  Pahlmeyer cease using the RAISON D'ETRE mark on wine.

18      12.     On or about July 30, 2015, Pahlmeyer responded to Defendant Dogfish's email,

19  explaining that the United States Patent and Trademark Office had allowed Pahlmeyer's use of

20  the RAISON D'ETRE mark on wine, and that Pahlmeyer intended to use the RAISON D'ETRE

21  mark solely on Napa Valley Cabernet with a suggested retail price of $250 per bottle.  For these

22  reasons and others, Pahlmeyer explained that its use of RAISON D'ETRE on wine would not

23  create any likelihood of confusion with Defendant Dogfish's use of RAISON D'ETRE on beer.

24      13.     Moreover, Pahlmeyer is informed and believes and thereon alleges that Defendant

25  Dogfish only uses the mark RAISON D'ETRE on beer that is "draft only," meaning that the beer

26  is only sold by the keg, further reducing the risk of any likelihood of confusion that might exist

27  between the parties' use of the RAISON D'ETRE mark.

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT FOR DECLARATORY RELIEF
JURY TRIAL DEMANDED / Case No.                    - 3 -                    213131\5170176.1

1      14.    Pahlmeyer attempted to resolve this dispute informally with Defendant Dogfish.

2 Defendant Dogfish, however, rejected Pahlmeyer's offers to compromise, insisting that

3 Pahlmeyer abandon its RAISON D'ETRE mark for wine.

4 **FIRST CAUSE OF ACTION**<br>**(Declaratory Judgment of Non-Infringing Use)**

5

6      15.    Pahlmeyer incorporates by reference Paragraphs 1 through 14, as if fully set forth

7 herein.

8      16.    An actual and justifiable controversy exists between the parties with respect to

9 Pahlmeyer's right to use the term RAISON D'ETRE on wine.

10      17.    Dogfish asserts that Pahlmeyer's use of the term infringes Dogfish's rights in its

11 alleged RAISON D'ETRE mark for beer.

12      18.    Pahlmeyer asserts that there is no likelihood of confusion between Dogfish's use

13 of the RAISON D'ETRE mark on beer and Pahlmeyer's use of the RAISON D'ETRE mark on

14 wine, and that Pahlmeyer's use of the term RAISON D'ETRE does not infringe any trademark

15 rights of Dogfish.

16      19.    Pahlmeyer seeks declaratory judgment pursuant to 28 U.S.C. § 2201 and Rule 57

17 of the Federal Rules of Civil Procedure confirming Pahlmeyer's rights to continue to use the mark

18 RAISON D'ETRE in connection with its wine.

19 **PRAYER**

20 WHEREFORE, Plaintiff prays for judgment as follows:

21      1.    A declaration that Plaintiff's use of the mark RAISON D'ETRE on wine does not

22 infringe any trademark rights, or other rights, of Defendant Dogfish;

23      2.    Awarding Plaintiff its costs; and

24      3.    Any such other and further relief as the Court deems appropriate.

25 Dated: December 2, 2015           FARELLA BRAUN + MARTEL LLP

26                By:

27                     Robert C. Holtzapple<br>                    Attorneys for Plaintiff

28                     PAHLMEYER, LLC

1

**JURY TRIAL DEMANDED**

2          Pursuant to Rule 38(a) of the Federal Rules of Civil Procedure, Plaintiff demands trial by

3   jury of all issues properly triable of right by a jury.

4   Dated: December 2, 2015                    FARELLA BRAUN + MARTEL LLP

5

6                                              By: _____
                                                   Robert C. Holtzapple
7
                                               Attorneys for Plaintiff
8                                              PAHLMEYER, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT FOR DECLARATORY RELIEF          - 5 -                         21313\5170176.1
JURY TRIAL DEMANDED / Case No.