Robert C. Holtzapple (State Bar No. 145954)
rholtzapple@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
Pahlmeyer, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAHLMEYER, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DOGFISH HEAD MARKETING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | **Case No. 3:15-cv-05519-JD**<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF SETTLEMENT
Case No. 15-CV-05519

21313\5601581.1

Plaintiff and Counter-Defendant Pahlmeyer, LLC and Defendant and Counterclaimant Dogfish Head Marketing LLC hereby notify the Court that, earlier today, the parties executed an agreement resolving all disputes between them. The parties jointly request, therefore, that this matter be dismissed with prejudice.

Respectfully submitted.

Dated: September 14, 2016         FARELLA BRAUN + MARTEL LLP

By: */s/ Robert C. Holtzapple*
Robert C. Holtzapple

Attorneys for Plaintiff and Counter-Defendant
PAHLMEYER, LLC

Dated: September 14, 2016         MCDERMOTT WILL & EMERY LLP

By: */s/ John J. Dabney*
John J. Dabney

Attorneys for Defendant and Counterclaimant
DOGFISH HEAD MARKETING, LLC

`

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF SETTLEMENT
Case No. 15-CV-05519

- 2 -

21313\5601581.1